**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

HERMELINDO SACUL-POP,

     Petitioner,

v.                                                                          No. 1:26-cv-01464-MLG-KK

MARY DE ANDA-YBARRA, in her official capacity
as Director of U.S. Immigration and Customs Enforcement
and Removal Operations, et al.,

     Respondents.

**ORDER FOR REPORT REGARDING STATUS OF PETITIONER
AND SUPPLEMENTAL BRIEFING AS TO MOOTNESS**

This matter comes before the Court sua sponte. On May 7, 2026, Petitioner Hermelindo Sacul-Pop was ordered removed by an Immigration Judge. Doc. 7 at 1-2; Doc. 7-2. On May 15, 2026, Respondents filed a Notice of Impending Removal informing the Court that Petitioner Hermelindo Sacul-Pop's removal was anticipated to occur on or by May 19, 2026. Doc. 5 at 2. The Court issued an order on May 15, 2026, explaining that its initial order enjoining Sacul-Pop's transfer from the district did not prevent Respondents from effectuating a final removal order. Doc. 6 at 1-2. On May 28, 2026, Respondents filed a response to Sacul-Pop's Petition for Writ of Habeas Corpus (Doc. 1). *See* Doc. 7. As of the date of the Response, Sacul-Pop had not been deported. *Id.* at 2. Respondents believed Sacul-Pop's removal would occur in the next several days. *Id.* at 2 n.2. No other notices have been filed regarding the status of Sacul-Pop's removal.

Respondents are hereby ordered to file a report with the Court providing the custodial status of Sacul-Pop. If Sacul-Pop has been removed from the United States, the report shall provide the date of his deportation and address whether the pending Petition, Doc. 1, is moot.[1]

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA

---

[1] The Response to the Petition discusses how Sacul-Pop's argument concerning pre-removal order authorities was mooted by the final order of removal entered on May 7, 2025. Doc. 7 at 3-5. Respondents raised the argument that Sacul-Pop is properly detained pursuant to 8 U.S.C. § 1231(a). *See id.* Respondents shall address whether § 1231 is still at issue depending on Sacul-Pop's custodial status.